**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8086**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HYACINTH UDEGBE,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., Senior District Judge. (CR-99-367-AW, CA-01-1815-AW)

---

Submitted: April 18, 2002          Decided: April 25, 2002

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Hyacinth Udegbe, Appellant Pro Se. Gina Laurie Simms, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hyacinth Udegbe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Udegbe</u>, Nos. CR-99-367-AW; CA-01-1815-AW (D. Md. filed Nov. 5, 2001; entered Nov. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>